UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEATRICE RUSIE,

    Plaintiff,

v.

MACOMB COUNTY COMMUNITY
HEALTH,

    Defendant.
                                                   /

Case No. 15-13282

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 31, 2016 REPORT AND RECOMMENDATION [6]

    Before the Court is the magistrate judge's May 31, 2016 report and recommendation on Fed. R. Civ. P. 4(m) dismissal for Plaintiff's failure to properly serve Defendant Macomb County Community Health. The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

    The Court DISMISSES Plaintiff's complaint without prejudice. (Dkt. 1.)

So ordered.

                      s/Nancy G. Edmunds
                      Nancy G. Edmunds
                      United States District Judge

Dated: June 28, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record and Plaintiff Beatrice Rusie on June 28, 2016, by electronic and/or ordinary mail.

                      s/Carol J. Bethel
                      Case Manager